AO ___  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |
| V. | |
| Bailey, Antonio | Case Number: 4:19-cr-00285-01-BRW |
| | USM Number: 31628-044 |
| Date of Original Judgment: 8/01/2019 (Or Date of Last Amended Judgment) | Nicole Lybrand Defendant's Attorney at Sentencing |

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    X GRANTED and the defendant's previously imposed sentence of imprisonment of __10__ months is reduced to __7 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): __4__
    Criminal History Category: __VI__
Previous Guideline Range: __6__ to __12__ months

Amended Offense Level: __4__
    Criminal History Category: __V__
Amended Guideline Range: __4__ to __10__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

### III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Sentence consecutive to sentence in Eastern District of Missouri, No. 4:12-CR-221

Except as provided above, all provisions of the judgment dated __8/01/2019__ shall remain in effect.

**IT IS SO ORDERED.**

__11/28/2023__
Order Date

__BILLY ROY WILSON__
Signature of Judge

__February 1, 2024__
Effective Date (if delayed)

__Billy Roy Wilson__, U.S. District Judge
Name and Title of Judge